1  McGREGOR W. SCOTT
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2782

5

6

7

8         IN THE UNITED STATES DISTRICT COURT FOR THE

9                EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )
                                  )  CR. S-07-0261 WBS
12            Plaintiff,          )
                                  )  STIPULATION AND [PROPOSED] ORDER
13                                )  CONTINUING STATUS CONFERENCE
                                  )
14 JUAN TEJEDA,                   )
                                  )
15            Defendants.         )
   _____)

16

17      The parties request that the status conference currently set
18 for July 2, 2007, at 8:30 am, be continued to July 30, 2007, at
19 8:30 am, and stipulate that the time beginning July 2, 2007,
20 extending through July 30, 2007, should be excluded from the
21 calculation of time under the Speedy Trial Act.  The parties
22 submit that the ends of justice are served by the Court excluding
23 such time.  18 U.S.C. § 3161(h)(8)(A).  In particular, the
24 parties need additional time for further preparation;
25 specifically, the investigation of material facts and the
26 interviewing of witnesses relevant to the offense charged in the
27 indictment.  The parties stipulate and agree that the interests
28 of justice served by granting this continuance outweigh the best

                                 1

interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                      Respectfully Submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

Dated: June 28, 2007        By:/s/ Kyle Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney


Dated: June 28, 2007        By:/s/ Kyle Reardon for Jeff Staniels
                                    JEFFREY STANIELS
                                    Attorney for defendant

**ORDER**

    The status conference in case number S-0-0261 WBS, currently set for July 2, 2007, at 8:30 am, is continued to July 30, 2007, and the time beginning July 2, 2007, and extending through July 30, 2007, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.


Dated:  July 2, 2007

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE