DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUAN TEJEDA



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-CR-261 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) | CONTINUING CASE AND EXCLUDING |
| | ) | TIME. |
| JUAN TEJEDA, | ) | |
| | ) | |
| Defendant. | ) | Date:   July 30, 2007 |
| | ) | Time:   8:30 a.m. |
| _____ | ) | Judge:  Hon. William B. Shubb |


**IT IS HEREBY STIPULATED** by and between Assistant United States

Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal

Defender Jeffrey Staniels, counsel for defendant JUAN TEJEDA, that the

status conference scheduled for July 30, 2007, be vacated and the

matter continued until August 20, 2007 AT 8:30 a.m., for status

conference.

The reason for the continuance is to allow defense counsel

additional time to review discovery with the defendant, to examine

possible defenses and to continue investigating the facts of the case and the unavailability of defense counsel on July 27, 2007.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until August 20, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (defense preparation and continuity of counsel)

**IT IS SO STIPULATED.**


Date:  July 27, 2007                    /s/ Kyle Reardon
                                        KYLE REARDON
                                        Assistant United States Attorney
                                        Counsel for Plaintiff




Date:  July 27, 2007                    DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Jeffrey L. Staniels
                                        JEFFREY L. STANIELS
                                        Assistant Federal Defender
                                        Counsel for Defendant
                                        JUAN TEJEDA

                              **O R D E R**

**IT IS SO ORDERED.**

                    By the Court,


Date:  July 30, 2007

                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

Stipulation and Order          -2-