DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUAN TEJEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-261 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING CASE AND EXCLUDING |
| ) | TIME. |
| JUAN TEJEDA, ) | |
| ) | |
| Defendant. ) | Date:  August 27, 2007 |
| ) | Time:  8:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant JUAN TEJEDA, that the status conference scheduled for August 27, 2007, be vacated and the matter continued until September 24, 2007, for status conference.

The reason for the continuance is to allow defense counsel to undertake investigation of information recently obtained that may support a defense to one or both of the charges in the indictment.

1 This information was not obtained earlier on account of counsel's
2 absence from the office, and the cancellation of other meetings which
3 were planned with Mr. Tejeda, due to schedule changes which caused
4 either counsel or his interpreter to be unavailable.
5    **IT IS FURTHER STIPULATED** that time for trial under the Speedy
6 Trial Act be excluded from the filing of this stipulation until
7 September 24, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv),
8 Local Code T-4 (defense preparation and continuity of counsel)
9    **IT IS SO STIPULATED.**
10
11 Date:  August 23, 2007          /s/ Kyle Reardon
                                   KYLE REARDON
12                                 Assistant United States Attorney
                                   Counsel for Plaintiff
13
14
15 Date:  August 23, 2007          DANIEL J. BRODERICK
                                   Federal Defender
16
17                                  /s/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
18                                 Assistant Federal Defender
                                   Counsel for Defendant
19                                 JUAN TEJEDA
20
                             **O R D E R**
21
22     **IT IS SO ORDERED.**
                 By the Court,
23
24 Date:  August 24, 2007
25
                _____
26              WILLIAM B. SHUBB
                UNITED STATES DISTRICT JUDGE
27
28

Stipulation and Order              -2-