# UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA



**FILED**

FEB 13 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-07-0261-01 WBS |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| JUAN TEJEDA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release **Juan Tejeda** Case **CR S-07-0261-01  WBS** from custody for

the following reasons:

        **_**    Release on Personal Recognizance

        **_**    Bail Posted in the Sum of _____

        **_**    Unsecured bond

        **_**    Appearance Bond with 10% Deposit

        **_**    Appearance Bond secured by Real Property

        **_**    Corporate Surety Bail Bond

        **X**    (Other)  __Defendant sentenced to time served.__

Issued at _Sacramento, CA_ on _February_ , _2008_ at _____.

By _____
for William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing